UNITED STATED BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Case No. 18-49122

SIERRA JERANIQUE MARKS-DAVIS,  Chapter 7

        Debtor.  Judge Thomas J. Tucker
_____/

### ORDER GRANTING THE DEBTOR'S MOTION TO REOPEN CASE, BUT DENYING THE DEBTOR'S REQUEST FOR A WAIVER OF THE FILING FEE FOR THE DEBTOR'S MOTION TO REOPEN

      This case is before the Court on the Debtor's motion entitled "Ex-Parte Motion to Reopen Chapter 7 Case for Filing of Certificate of Completion of Financial Management Course and Request for Waiver of the Filing Fee," filed October 5, 2018 (Docket # 23, the "Motion"). The Court finds good cause to reopen this case. But the Court will deny the Debtor's request to waive the filing fee for the Debtor's motion to reopen. The Motion does not allege or demonstrate any good reason or cause why the Court should waive such filing fee.[1]

      IT IS ORDERED that the Motion is granted, and this case is reopened, on the terms stated in this Order.

      IT IS FURTHER ORDERED that the Debtor's request for a waiver of the filing fee for the Motion is denied.

      IT IS FURTHER ORDERED that the Debtor must pay the filing fee for her motion to reopen (Docket # 23, the Motion) no later than October 23, 2018, or this case will once again be closed without a discharge.

**Signed on October 9, 2018**



      /s/ Thomas J. Tucker
      **Thomas J. Tucker**
      **United States Bankruptcy Judge**

---

[1] The Motion asserts that the Debtor's failure to timely complete the required financial management course was "beyond [the Debtor's] control." The Court disagrees. According to the Motion, the failure is due to the Debtor's own failure to even try to take the financial management course until after business hours on the deadline date of October 1, 2018. The Motion does not explain or allege any reason, let alone a valid excuse, for the Debtor having waited so long to even try to take the financial management course. The Debtor could have taken that course at any time after she filed her bankruptcy petition on June 26, 2018, more than three months before the October 1, 2018 deadline.